# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Grimm, Paul W. | U.S. District Court, District of Maryland | 05/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (active status) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Chambers 465A U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Instructor, part-time | Shemer Bar Review (lecturer) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Shemer Bar Review, lecturer | $4,760.00 |
| 2. 2016 | ABA-MD Discovery Problems Solutions, royalties | $163.67 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Dietician-Communicare |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. ALI | 07/28-07/31 | Santa Fe, NM | CLE Employment Law Conference | travel expenses |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. M&T Bank accounts | A | Interest | L | T | | | | | |
| 2. AXA Equitable TSA (Equi-Vest) | | None | L | T | | | | | |
| 3. Vanguard GNMA Fund IRA | A | Dividend | | | Sold | 01/14/16 | L | | |
| 4. Lincoln Multi-Fund (Johns Hopkins Hosp Retirement) | A | Dividend | | | Sold | 04/26/16 | K | | |
| 5. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 6. Fidelity Cash Reserves Roth | A | Dividend | J | T | | | | | |
| 7. T Rowe Price Government Money (formerly TRP Prime Reserve) (Y) | A | Dividend | L | T | | | | | |
| 8. IRA - MORGAN STANLEY (#1) (H): | | | | | | | | | |
| 9. - Calamos Strategic Total Return Fund | A | Dividend | | | Sold | 01/13/16 | J | | |
| 10. - Goldman Sachs Tr Equity Growth Strategy | | None | | | Sold (part) | 02/17/16 | J | C | |
| 11. | | | | | Sold | 02/22/16 | J | B | |
| 12. - RBC Bank Deposit Program (Y) | | None | | | Merged (with line 45) | 01/06/16 | J | | |
| 13. - Invesco Equity & Income | | None | | | Sold (part) | 02/16/16 | K | C | |
| 14. | | | | | Sold | 02/22/16 | K | A | |
| 15. - MacQuarie 1st Tr Global Infrastructure Div/Inc | | None | | | Sold | 01/13/16 | J | | |
| 16. - Canoe EIT Income Fund | | None | | | Sold | 01/13/16 | J | | |
| 17. - Cohen & Steers Infrastructure Fund | | None | | | Sold | 01/13/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - John Hancock Tax Advntgd Div/ Inc | A | Dividend | | | Sold | 01/13/16 | K | B | |
| 19. - Citicorp Mortgage Secs Tr Ser 07-5-IA3 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 20. - Bank of America Mtge Sec Ser 07-3-2A8 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 21. - Wells Fargo Mtge Bkd Sec 07-10-1l-A-5 | A | Interest | | | Sold | 01/25/16 | J | | |
| 22. - Countrywide Home Loan Alt Loan 04-28CB3-A-1 | A | Interest | | | Sold | 01/25/16 | J | | |
| 23. - Mastr Alt Loan Trust Ser 05-3-2-A-1 | A | Interest | | | Sold | 01/25/16 | J | | |
| 24. - Mastr Alt Loan Trust Ser 05-3-7-A-1 | A | Interest | | | Sold | 01/25/16 | J | | |
| 25. - Alternative Loan Trust 05-9CB-2-A-1 | A | Interest | | | Sold | 01/11/16 | J | | |
| 26. - Alternative Loan Trust 05-47CBA-7 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 27. - 1st Horizon Alt Mtge Ser 05-FA8 I-A-14 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 28. - Wells Fargo Mtge Bkd Sec 06-6 I-A-2 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 29. - Mastr Alt Loan Tr 05-2 1-A-4 | A | Interest | | | Sold | 03/03/16 | J | | |
| 30. - Mastr Alt Loan Tr 04-13 7-A-1 | A | Interest | | | Sold | 03/16/16 | J | | |
| 31. - Alternative Loan Tr 04-18CB5-A-1 | A | Interest | | | Sold | 01/25/16 | J | A | |
| 32. - CSFB Mtge Bkd 04-8 II-A-1 | A | Interest | | | Sold | 03/02/16 | J | A | |
| 33. - Bear Stearns Asset Bk Sec Tr 04-AC3 A-1 | A | Interest | | | Sold | 03/01/16 | J | | |
| 34. -CWalt Alt Loan Tr 04-24CB1-A-1 | A | Interest | | | Sold | 01/25/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -1st Horizon Mtge 06-1 I-A-10 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 36. -Structured Assets Sec 03-40A 5-A | A | Interest | | | Sold | 03/25/16 | J | A | |
| 37. -CitiFinancial Mtge Sec 04-1AF-4 | A | Interest | | | Sold | 03/09/16 | K | | |
| 38. -Clearbridge American Energy MLP Fund Inc | | None | | | Sold | 01/13/16 | J | | |
| 39. -Mortgage Pass Thru 03-39EXM3 | | None | | | Sold | 03/25/16 | J | A | |
| 40. -Residential Asset Sec Tr 05-A6 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 41. -Alternative Loan Trust 05-J8 1-A-5 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 42. -CWABS Asset-Bkd Cert Tr 05-4 | A | Interest | | | Sold | 03/09/16 | K | | |
| 43. -Adjustable Rate Mtge Tr 05-3 4A1 | A | Interest | | | Sold | 03/25/16 | J | A | |
| 44. -Banc Amer Fdg Corp Ser 04-1 B-1 | A | Interest | | | Sold | 06/06/16 | J | | |
| 45. - Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 46. -Hatteras Alpha Hedged Str Inst | | None | | | Buy | 01/13/16 | J | | |
| 47. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 48. | | | | | Sold | 02/25/16 | J | | |
| 49. -JP Morgan International Value Sel | | None | | | Buy | 01/13/16 | J | | |
| 50. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 51. | | | | | Buy (add'l) | 05/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 53. | | | | | Sold | 08/31/16 | J | A | |
| 54. -T Rowe Price Value Fund Adv | | None | | | Buy | 01/13/16 | J | | |
| 55. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 56. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 57. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 58. | | | | | Sold | 11/29/16 | J | B | |
| 59. -William Blair International Growth | | None | | | Buy | 01/13/16 | J | | |
| 60. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 61. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 62. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 63. | | | | | Sold | 08/31/16 | J | A | |
| 64. -IShares S&P 500 Growth ETF | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 65. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 66. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 67. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 68. -IShares S&P 500 Value ETF | A | Dividend | J | T | Buy | 01/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 70. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 71. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 72. -IShares S&P Mid-Cap 400 V ETF | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 73. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 74. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 75. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 76. -Oppenheimer Large Cap Revenue | | None | J | T | Buy | 11/29/16 | J | | |
| 77. -Powershares S&P 500 Low Volatility ETF | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 78. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 79. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 80. -SPDR Bbg Barclays 1-3 Month-B | A | Dividend | L | T | Buy | 06/17/16 | L | | |
| 81. -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 82. -Anerican Century Emerging Markets Inv | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 83. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 84. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 85. | | | | | Buy (add'l) | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Baron Small Cap Institutional | | None | J | T | Buy | 01/13/16 | J | | |
| 87. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 88. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 89. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 90. -Cohen & Steers Real Assets I | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 91. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 92. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 93. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 94. -Goldman Sachs Strategic Income I | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 95. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 96. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 97. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 98. -Goldman Sachs Absolute Return Tracker | A | Dividend | K | T | Buy | 01/13/16 | J | | |
| 99. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 100. | | | | | Buy (add'l) | 02/25/16 | J | | |
| 101. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 102. | | | | | Buy (add'l) | 06/24/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Henderson International Opportunity | A | Dividend | J | T | Buy | 08/31/16 | J | | |
| 104. -Neuberger Berman Core Bond Inst | A | Dividend | K | T | Buy | 01/13/16 | J | | |
| 105. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 106. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 107. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 108. -Prudential Jennison Mid Cap Growth Z | | None | J | T | Buy | 01/13/16 | J | | |
| 109. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 110. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 111. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 112. -Prudential Absolute Return Bond Z | A | Dividend | J | T | Buy | 01/13/16 | J | | |
| 113. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 114. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 115. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 116. -Royce Opportunity Inv | | None | J | T | Buy | 01/13/16 | J | | |
| 117. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 118. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 119. | | | | | Buy (add'l) | 06/24/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Touchstone Sands Capital Select Growth Y | | None | J | T | Buy | 01/13/16 | J | | |
| 121. | | | | | Buy (add'l) | 02/02/16 | J | | |
| 122. | | | | | Buy (add'l) | 05/19/16 | J | | |
| 123. | | | | | Buy (add'l) | 06/24/16 | J | | |
| 124.  IRA - MORGAN STANLEY (#2) (H): | | | | | | | | | |
| 125.  -IShares S&P Mid Cap 400 Index | A | Dividend | K | T | Buy | 03/16/16 | J | | |
| 126. | | | | | Sold | 09/14/16 | J | A | |
| 127. | | | | | Buy | 11/16/16 | K | | |
| 128.  -SPDR S&P 500 ETF Trust | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 129. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 130. | | | | | Buy (add'l) | 03/24/16 | J | | |
| 131. | | | | | Sold (part) | 11/03/16 | J | A | |
| 132.  -Schwab U.S. Large Cap Value | A | Dividend | K | T | Buy | 03/15/16 | J | | |
| 133. | | | | | Sold (part) | 11/08/16 | J | A | |
| 134. | | | | | Buy (add'l) | 03/29/16 | J | | |
| 135. | | | | | Buy (add'l) | 06/01/16 | J | | |
| 136.  -Schwab US Mid Cap ETF | A | Dividend | K | T | Buy | 10/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 138. -Vanguard Russell 1000 Value ETF | A | Dividend | K | T | Buy | 11/15/16 | K | | |
| 139. -Vanguard Index Funds S&P 500 ETF | A | Dividend | K | T | Buy | 07/08/16 | J | | |
| 140. | | | | | Buy (add'l) | 11/17/16 | K | | |
| 141. -Vanguard S&P Mid Cap 400 ETF | A | Dividend | | | Buy | 03/09/16 | J | | |
| 142. | | | | | Sold (part) | 06/29/16 | J | A | |
| 143. | | | | | Buy (add'l) | 03/23/16 | J | | |
| 144. | | | | | Sold (part) | 11/02/16 | J | A | |
| 145. | | | | | Buy (add'l) | 07/07/16 | J | | |
| 146. | | | | | Sold | 11/08/16 | J | A | |
| 147. -S&P 500 Index | A | Dividend | | | Buy | 03/17/16 | J | | |
| 148. | | | | | Sold | 09/15/16 | J | A | |
| 149. -SPDR DJIA Trust | A | Dividend | | | Buy | 02/22/16 | J | | |
| 150. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 151. | | | | | Sold | 05/24/16 | J | A | |
| 152. | | | | | Buy | 03/22/16 | J | | |
| 153. | | | | | Sold | 06/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 07/06/16 | J | | |
| 155. | | | | | Sold | 09/13/16 | J | A | |
| 156.  -SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | | | Buy | 02/22/16 | J | | |
| 157. | | | | | Buy (add'l) | 03/02/16 | J | | |
| 158. | | | | | Sold | 10/19/16 | J | A | |
| 159.  -SPDR Barclays Capital 1-3 Month | | None | | | Buy | 02/22/16 | K | | |
| 160. | | | | | Sold (part) | 03/23/16 | J | | |
| 161. | | | | | Sold | 03/24/16 | K | | |
| 162.  -Morgan Stanley Bank | A | Interest | J | T | Open | 01/12/16 | J | | |
| 163.  IRA - MORGAN STANLEY (#3) (H): | | | | | | | | | |
| 164.  -Morgan Stanley Bank | A | Interest | J | T | Open | 01/04/16 | L | | |
| 165.  -Eaton Vance Tax Mg By-WR | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 166. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 167. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 168.  -IShares Cohen & Steers REIT ETF | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 169. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 170. | | | | | Buy (add'l) | 06/17/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -IShares IBoxx Invest Grade Corp Bond | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 172. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 173. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 174. -Powershares S&P 500 High Dividend | A | Dividend | J | T | Buy | 02/04/16 | J | | |
| 175. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 176. -SPDR Barclays Convertible | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 177. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 178. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 179. -SPDR S&P Dividend | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 180. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 181. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 182. -Voya Global Advantage | B | Dividend | J | T | Buy | 01/12/16 | J | | |
| 183. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 184. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 185. -AB High Income Adv | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 186. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 187. | | | | | Buy (add'l) | 06/17/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Goldman Sachs Strategic Income | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 189. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 190. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 191. -Henderson Global Income | A | Dividend | J | T | Buy | 09/14/16 | J | | |
| 192. -Principal Preferred Sec Inst. | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 193. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 194. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 195. -Prudential Absolute Return Bond Z | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 196. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 197. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 198. -IShares Russell 1000 Value ETF | | None | | | Buy | 01/12/16 | J | | |
| 199. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 200. | | | | | Sold | 02/04/16 | J | A | |
| 201. -IShares Select Dividend ETF | A | Dividend | | | Buy | 01/12/16 | J | | |
| 202. | | | | | Buy (add'l) | 01/20/16 | J | | |
| 203. | | | | | Buy (add'l) | 06/17/16 | J | | |
| 204. | | | | | Sold | 09/14/16 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grimm, Paul W. | 05/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 7:  T. Rowe Price Prime Reserve:  name change to T Rowe Price Government Money.

Part VII, line 12:  RBC Bank Deposit Program: all cash originally held at RBC was transferred to Morgan Stanley on January 6, 2016 and January 20, 2016.  The Morgan Stanley Bank account is listed on line 45.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul W. Grimm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544